UNITED STATES BANKRUPTCY COURT
DISTRICT OF
                    DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| QUINONES, ROBERTO P. | § | Case No. 11-21118 RAM |
| QUINONES, XIOMARA | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

   JOEL L. TABAS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $        (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $        from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:<br>    CHAPTER 7 ADMIN. FEES<br>    AND CHARGES<br>    (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER<br>    ADMIN. FEES AND<br>    CHARGES (from **Exhibit 5**) |  |  |  |  |
|    PRIORITY UNSECURED<br>    CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED<br>CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on                  .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/JOEL L. TABAS, TRUSTEE_____
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Esplanade Patio Homes H.O.A., Inc. P.O. BOX 83-6288 Miami, FL 33283-6288 | | | | | |
| | Generation Mortgage 3565 Piedmont Road, NE Suite 3-300 Atlanta, GA 30305-1538 | | | | | |
| | Region/Ams P.O. BOX 11007 Birmingham, AL 35288 | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOEL L. TABAS, TRUSTEE | | | | | |
| JOEL L. TABAS, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD | | | | | |
| Union Bank | | | | | |
| Union Bank | | | | | |
| Union Bank | | | | | |
| Union Bank | | | | | |
| Union Bank | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 4)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Union Bank | | | | | |
| Union Bank | | | | | |
| Union Bank | | | | | |
| JOEL L. TABAS, ESQ. | | | | | |
| JOEL L. TABAS, ESQ. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Aspire Pob 105555 Atlanta, GA 30348 | | | | | |
| | Bank Of America 201 N Tryon St Charlotte, NC 28202 | | | | | |
| | Bank Of America 275 S Valencia Brea, CA 92822 | | | | | |
| | Bank Of America 4161 Piedmont Pkwy Greensboro, NC 27410 | | | | | |
| | Bank Of America Po Box 1598 Norfolk, VA 23501 | | | | | |
| | Bank Of America Po Box 1598 Norfolk, VA 23501 | | | | | |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | | | | |
| | Care Cr/Gemb Po Box 981439 El Paso, TX 79998 | | | | | |
| | Care Cr/Gemb Po Box 981439 El Paso, TX 79998 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Carico International 2851 W Cypress Creek Rd Fort Lauderdale, FL 33309 | | | | | |
| | Carmax Auto Finance 2040 Thalbro St Richmond, VA 23230 | | | | | |
| | Chase - Cc P.O. Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase 800 Brooksedge Blvd Westerville, OH 43081 | | | | | |
| | Chase P.O. Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase/Cc Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Ford Cred Po Box Box 542000 Omaha, NE 68154 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Frd Motor Cr Pob 542000 Omaha, NE 68154 | | | | | |
| | Gemb/Brandsmart Po Box 981439 El Paso, TX 79998 | | | | | |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Mcydsnb 9111 Duke Blvd Mason, OH 45040 | | | | | |
| | Region/Ams Po Box 11007 Birmingham, AL 35288 | | | | | |
| | Sears/Cbsd Po Box 6189 Sioux Falls, SD 57117 | | | | | |
| | Sears/Cbsd Po Box 6189 Sioux Falls, SD 57117 | | | | | |
| | Thd/Cbsd Po Box 6497 Sioux Falls, SD 57117 | | | | | |
| | Unvl/Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Visdsnb 9111 Duke Blvd Mason, OH 45040 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Bank 18700 Nw Walker Rd Beaverton, OR 97006 | | | | | |
| | Wells Fargo Hm Mortgag 8480 Stagecoach Cir Frederick, MD 21701 | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000002 | FIA CARD SERVICES, N.A. | | | | | |
| 000003 | FIA CARD SERVICES, N.A. | | | | | |
| 000004 | GE CAPITAL RETAIL BANK | | | | | |
| 000005 | GE CAPITAL RETAIL BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| | |
|---|---|
| Case No: 11-21118    RAM    Judge: ROBERT A. MARK | Trustee Name:    JOEL L. TABAS, TRUSTEE |
| Case Name:    QUINONES, ROBERTO P. | Date Filed (f) or Converted (c):    04/26/11 (f) |
| QUINONES, XIOMARA | 341(a) Meeting Date:    06/06/11 |
| For Period Ending:  11/28/12 | Claims Bar Date:    11/07/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Homestead: 18853 NW 77th Court, Hialeah, FL 33015 | 147,622.00 | 0.00 | | 0.00 | FA |
| 2. Cash on hand | 40.00 | 0.00 | | 0.00 | FA |
| 3. Wachovia Free Checking Account No.: 1381<br>Order Granting Motion to Approve Stipulation for Compromise and Settlement, 08/30/11 (ECF 37) | 22.48 | 450.00 | | 450.00 | FA |
| 4. Wachovia Crown Classic Checking Account No.: 6299 | 150.87 | 0.00 | | 0.00 | FA |
| 5. Furniture | 875.00 | 0.00 | | 0.00 | FA |
| 6. Used clothing & shoes | 100.00 | 0.00 | | 0.00 | FA |
| 7. 1 Watch 1 Pair of earings 1 thin chain a pair of w | 100.00 | 0.00 | | 0.00 | FA |
| 8. 2005 Toyota Rav 4 Mileage: 75,000<br>Included in settlement with Asset #3 | 16,455.00 | 1,500.00 | | 1,500.00 | FA |
| 9. 1999 Toyota Tacoma (Paid in Full) Mileage: 194,050<br>Order Granting Motion To Compromise Controversy and Mutual General Release Between Trustee and Nicholas Brocherie a/k/a Nicolas Brocherie | 4,675.00 | 1,000.00 | | 1,000.00 | FA |
| 10. Tools, Drill, Hammer, etc. (u)<br>Added on Amended Schedule B, 6/2/11 (ECF 15); Order Granting | 200.00 | 50.00 | | 50.00 | FA |

LFORM1                                                                                                                                                                       Ver: 17.00b
**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 2
Exhibit 8

| Case No: | 11-21118 | RAM | Judge: ROBERT A. MARK | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | QUINONES, ROBERTO P. | | | Date Filed (f) or Converted (c): | 04/26/11 (f) |
| | QUINONES, XIOMARA | | | 341(a) Meeting Date: | 06/06/11 |
| | | | | Claims Bar Date: | 11/07/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Motion to Approve Stipulation for Compromise and Settlement, 08/30/11 (ECF 37) | | | | | |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $170,240.35 | $3,000.00 | | $3,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 10/15/12     Current Projected Date of Final Report (TFR): 08/01/12

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 11-21118 -RAM | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|
| Case Name: | QUINONES, ROBERTO P. | Bank Name: | Union Bank |
| | QUINONES, XIOMARA | Account Number / CD #: | *******6896 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2657 | | |
| For Period Ending: | 11/28/12 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/02/11 | | ROBERTO P. QUINONES XIOMARA QUINONES | Per Order, 8/30/11 (D.E. 37) | | 250.00 | | 250.00 |
| | 3 | | Memo Amount:       200.00 | 1129-000 | | | |
| | 10 | | Memo Amount:        50.00 | 1229-000 | | | |
| 09/01/11 | 3 | ROBERTO P. QUINONES XIOMARA QUINONES | Per Order, 8/30/11 (D.E. 37) | 1129-000 | 250.00 | | 500.00 |
| 09/27/11 | 8 | ROBERTO P. QUINONES XIOMARA QUINONES | Per Order, 8/30/11 (D.E. 37) | 1129-000 | 250.00 | | 750.00 |
| 11/01/11 | 8 | ROBERTO P. QUINONES XIOMARA QUINONES | Per Order, 8/30/11 (D.E. 37) | 1129-000 | 250.00 | | 1,000.00 |
| 11/29/11 | 8 | ROBERTO P. QUINONES XIOMARA QUINONES | Per Order, 8/30/11 (D.E. 37) | 1129-000 | 250.00 | | 1,250.00 |
| 12/27/11 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 2.46 | 1,247.54 |
| 01/03/12 | 8 | ROBERTO P. QUINONES XIOMARA QUINONES | Per Order, 8/30/11 (D.E. 37) Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 8/30/11 (ECF 37) | 1129-000 | 250.00 | | 1,497.54 |
| 01/17/12 | 010001 | International Sureties, Ltd. 701 Poydras St., Ste. 420 New Orleans, LA  70139 | 2012 Chapter 7 Trustee Bond Number 016027932 ($0.80 per $1,000. on deposit as of November 30, 2011), pursuant to Local Rule | 2300-000 | | 1.00 | 1,496.54 |
| | | | Page Subtotals | | 1,500.00 | 3.46 | |

Ver: 17.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 11-21118 -RAM | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|
| Case Name: | QUINONES, ROBERTO P. | Bank Name: | Union Bank |
| | QUINONES, XIOMARA | Account Number / CD #: | *******6896 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2657 | | |
| For Period Ending: | 11/28/12 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | 2016-1(A)(k) | | | | |
| 01/25/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 2.46 | 1,494.08 |
| 01/27/12 | 8 | ROBERTO P. QUINONES XIOMARA QUINONES | Per Order, 8/30/11 (D.E. 37) | 1129-000 | 250.00 | | 1,744.08 |
| 02/27/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 2.46 | 1,741.62 |
| 02/29/12 | 8 | ROBERTO P. QUINONES XIOMARA QUINONES | Per Order, 8/30/11 (D.E. 37) | 1129-000 | 250.00 | | 1,991.62 |
| 03/26/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 2.46 | 1,989.16 |
| 03/27/12 | 9 | ROBERTO P. QUINONES XIOMARA QUINONES | Per Order, 8/30/11 (D.E. 37) Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement | 1129-000 | 250.00 | | 2,239.16 |
| 04/25/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 4.92 | 2,234.24 |
| 05/03/12 | 9 | ROBERTO P. QUINONES XIOMARA QUINONES | Per Order, 8/30/11 (D.E. 37) Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement | 1129-000 | 250.00 | | 2,484.24 |
| 05/25/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 4.92 | 2,479.32 |
| 06/04/12 | 9 | ROBERTO P. QUINONES XIOMARA QUINONES | Per Order, 8/30/11 (D.E. 37) Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement | 1129-000 | 250.00 | | 2,729.32 |

Page Subtotals    1,250.00    17.22

Ver: 17.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

Page: 3

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-21118 -RAM | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|
| Case Name: | QUINONES, ROBERTO P. | Bank Name: | Union Bank |
| | QUINONES, XIOMARA | Account Number / CD #: | *******6896 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2657 | | |
| For Period Ending: | 11/28/12 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/25/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 4.92 | 2,724.40 |
| 07/05/12 | 9 | ROBERTO P. QUINONES XIOMARA QUINONES | Per Order, 8/30/11 (D.E. 37) Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement | 1129-000 | 250.00 | | 2,974.40 |
| 07/25/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 4.92 | 2,969.48 |
| 10/10/12 | 010002 | JOEL L. TABAS, TRUSTEE ONE FLAGLER BUILDING 14 NORTHEAST 1ST AVE., PENTHOUSE MIAMI, FL  33132 | Chapter 7 Compensation/Fees | 2100-000 | | 750.00 | 2,219.48 |
| 10/10/12 | 010003 | JOEL L. TABAS, TRUSTEE ONE FLAGLER BUILDING 14 NORTHEAST 1ST AVE., PENTHOUSE MIAMI, FL  33132 | Chapter 7 Expenses | 2200-000 | | 26.60 | 2,192.88 |
| 10/10/12 | 010004 | Joel L. Tabas, Esq. Tabas Freedman Soloff Miller Brown | Attorney for Trustee Fees | 3110-000 | | 700.00 | 1,492.88 |
| 10/10/12 | 010005 | Joel L. Tabas, Esq. Tabas Freedman Soloff Miller Brown | Attorney for Trustee Expenses | 3120-000 | | 30.52 | 1,462.36 |
| 10/10/12 | 010006 | Discover Bank Discover Products Inc. PO Box 3025 New Albany, OH 43054-3025 | Claim 000001, Payment 7.490683260% | 7100-000 | | 614.66 | 847.70 |
| | | | Page Subtotals | | 250.00 | 2,131.62 | |

Ver: 17.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit 9

| Case No: | 11-21118 -RAM | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|
| Case Name: | QUINONES, ROBERTO P. | Bank Name: | Union Bank |
| | QUINONES, XIOMARA | Account Number / CD #: | *******6896 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2657 | | |
| For Period Ending: | 11/28/12 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/10/12 | 010007 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Claim 000002, Payment 7.490424352% | 7100-000 | | 59.45 | 788.25 |
| 10/10/12 | 010008 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Claim 000003, Payment 7.490619164% | 7100-000 | | 383.88 | 404.37 |
| 10/10/12 | 010009 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000004, Payment 7.490675792% | 7100-000 | | 136.37 | 268.00 |
| 10/10/12 | 010010 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000005, Payment 7.490867012% | 7100-000 | | 268.00 | 0.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| Memo Allocation Receipts: | 250.00 | COLUMN TOTALS | 3,000.00 | 3,000.00 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 3,000.00 | 3,000.00 | |
| Memo Allocation Net: | 250.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 3,000.00 | 3,000.00 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 250.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Checking Account (Non-Interest Earn - ********6896 | 3,000.00 | 3,000.00 | 0.00 |
| Total Memo Allocation Net: | 250.00 | | 3,000.00 | 3,000.00 | 0.00 |
| | | Page Subtotals | 0.00 | 847.70 | |

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 15)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

Exhibit 9

| Case No: | 11-21118 -RAM | | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | QUINONES, ROBERTO P. | | Bank Name: | Union Bank |
| | QUINONES, XIOMARA | | Account Number / CD #: | *******6896  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2657 | | | |
| For Period Ending: | 11/28/12 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 17.00b